```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GARDEN CITY BOXING CLUB, INC.                     :
As Broadcast Licensee of the September 18, 2004   :
De La Hoya/Hopkins Program,                       :
                                                  :
                    Plaintiff,                    :        ORDER
                                                  :
        -against-                                 :        05-CV-1037 (DLI)(JMA)
                                                  :
MARTHA M. ROSADO, et. al,                         :
                                                  :
                    Defendants.                   :
-------------------------------------------------------------x
```

**DORA L. IRIZARRY, U.S. District Judge:**

It appearing that no objections have been filed to the Report and Recommendation of the Honorable Joan M. Azrack, U.S.M.J., dated October 6, 2005; and

Upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

ORDERED that judgment is entered against defendants, jointly and severally, in the amount of $989.10 in statutory damages, with a $10,000 increase for defendants' willful violation of the statute, as well as $2,092.50 for attorney's fees and costs, for a total damages award of $13,081.60. It is further hereby

ORDERED that plaintiff's request for a permanent injunction is denied.

ORDERED that service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof to all parties.


DATED:    Brooklyn, New York
          November 9, 2005            _____/s/_____
                                              DORA L. IRIZARRY
                                           United States District Judge