UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.,
As Broadcast Licensee of the September 18, 2004
De La Hoya/Hopkins Program,

                              Plaintiff,

-against-

MARTHA M. ROSADO, et al.,

                              Defendants.
-------------------------------------------------------------------X

JUDGMENT
05-CV- 1037 (DLI)

An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on November 9, 2005, adopting the Report and Recommendation of Magistrate Judge Joan M. Azrack, dated October 6, 2005; directing the Clerk of Court to enter judgment against defendants, jointly and severally, in the amount of $989.10 in statutory damages, with a $10,000.00 increase for defendants' willful violation of the statute, as well as $2,092.50 for attorney's fees and costs, for a total damages award of $13,081.60; and denying plaintiff's request for a permanent injunction; it is

JUDGMENT
05-CV-1037 (DLI)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Joan M. Azrack is adopted; that judgment is hereby entered in favor of plaintiff, Garden City Boxing Club, Inc., As Broadcast Licensee of the September 18, 2004 De La Hoya/Hopkins Program, and against defendants, Martha M. Rosado, Individually and as officer, director, shareholder, and/or principal of Cama Fe Rstaurant Corp. d/b/a Cama Fe Restaurant a/k/a Camafe Restarurant and Cama Fe Restaurant Corp. d/b/a Cama Fe Restaurant a/k/a Camafe Restaurant, jointly and severally, in the amount of $989.10 in statutory damages, with a $10,000.00 increase for defendants' willful violation of the statute, as well as $2,092.50 for attorney's fees and costs, for a total damages award of $13,081.60; and that plaintiff's request for a permanent injunction is denied.

Dated: Brooklyn, New York
November 09, 2005

ROBERT C. HEINEMANN
Clerk of Court